CLOSING

CLOSING

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHRISTIAN A. BERNAL-DIAZ, et al.,** on behalf of themselves and all other similarly situated persons,<br><br>*Plaintiffs*,<br>v.<br><br>**MXD GROUP, INC., et al.,**<br><br>*Defendants*. | **Civil Action No. 17-13702**<br><br>**ORDER** |

**THIS MATTER** having come before the Court by way of Defendant MXD Group Inc. f/k/a Excel Direct Inc.'s ("Defendant" or "MXD") and Plaintiffs Christian A. Bernal-Diaz, Radhames Delrosario-Jimenez, Francis Nunez, Emanuel Sena, Wellington Torres, and Charlton R. Sabina-Bueno on behalf of themselves and all other similarly situatued's ("Plaintiffs"), responses[1] to the Court's January 2, 2018 Order to Show Cause as to why this Court has subject matter jurisdiction over this action, ECF No. 3; and it appearing that the Honorable Michael Hammer issued a Report and Recommendation dated May 21, 2018, in which Judge Hammer recommended that this matter be remanded for lack of subject matter jurisdiction, ECF No. 26;

and it appearing that neither Defendants nor Plaintiff have filed any objections to the Report and Recommendation;

and for the reasons set forth in Judge Hammer's Report and Recommendation;

**IT IS** on this 27th day of June, 2018;

---

[1] See ECF Nos. 6, 8, 9, 12, 15.

1

**ORDERED** that Judge Hammer's Report and Recommendation dated May 21, 2018, is **ADOPTED**; and it is further

**ORDERED** that this case is remanded to state court for lack of federal subject matter jurisdiction.

>*/s Madeline Cox Arleo*
>**HON. MADELINE COX ARLEO**
>**UNITED STATES DISTRICT JUDGE**